IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFRY A. HOGAN,

    Defendant.

**4:21CR3027**

**ORDER**

IT IS ORDERED:

1) Defendant's motion for modification of pretrial release, (Filing No. 58), is granted.

2) Defendant is permitted to move to the Denver, Colorado area.

3) At least 48 hours before moving, Defendant shall provide information to pretrial services outlining contact numbers and transportation arrangements for the trip, along with his residential address (whether temporary or permanent) in the Denver area when he arrives there.

4) Defendant shall promptly notify his supervising officer of any address changes.

Dated this 16th day of December, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge