IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3027 |
| vs. | FINAL ORDER OF FORFEITURE |
| JEFFRY A. HOGAN, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 90). On September 12, 2022, the Court entered a Preliminary Order of Forfeiture (filing 83) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to conspiring to possess and distribute methamphetamine in violation of 21 U.S.C. §§ 841 and 846, and his admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $5,000 in United States currency was forfeited to the United States. Filing 83.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on September 14, 2022, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 89) was filed on November 21, 2022. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 90) is granted.

2. All right, title, and interest in and to the $5,000 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 11th day of February, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge